FILED
2026 Feb-23 PM 03:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **HUGO TORRES PALMA,** | ] | |
| | ] | |
| **Petitioner,** | ] | |
| | ] | |
| **v.** | ] | **7:26-cv-299-EGL-SGC** |
| | ] | |
| **JORDAN POWELL et al.,** | ] | |
| | ] | |
| **Respondents.** | ] | |

## NOTICE OF DEFICIENT PLEADING

On February 20, 2026, Petitioner Hugo Torres Palma filed a counseled petition for writ of habeas corpus under 28 U.S.C. § 2241. Doc. 1. But he failed to file an application to proceed *in forma pauperis* or to pay the $5.00 filing fee. *See* 28 U.S.C. § 1914(a). An IFP application must be verified by an authorized officer of the institution and accompanied by a certified copy of prison account statements for the last six months. *See* 28 U.S.C. § 1915(a)(2). Palma must correct this deficiency **on or before March 13, 2026.** If he does not, the Court may dismiss this action for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

**DONE** and **ORDERED** this 23rd day of February, 2026.

**EDMUND G. LACOUR JR.**
UNITED STATES DISTRICT JUDGE